**Order filed March 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-12-01046-CR
_____

**MARK ANTHONY CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1328987

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit Number 7.**

The clerk of the 208th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit Number 7, on or before March 20, 2014**.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit Number 7, to the clerk of the 208th District Court.

PER CURIAM